Sandra

PLAINTIFF
-Vs-
Calcasieu Library System: Page La Beau
Lake Charles Police Department,
Louisianna State Police
Calcasieu Parish Sheriff Department
City of Lake Charles Mayor Randy Roach
City Council Members W.H. Buddy Presean
Mike Huber, Samuel S. Tolbert Jr.,
A.B. Franklin, Rodney Geyen
David Perry, Rob McCorbuodale
DEFENDANTS

9-27-01

Original Petition

CV01-2121 LC

JUDGE TRIMBLE
MAGISTRATE JUDGE WILSON

RECEIVED IN LAKE CHARLES
OCT -9 2001
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
OCT 15 2001
ROBERT _____ELL, CLERK
_____DEPUTY

1. NOW COMES Charles Caston, who is a forty four years old black mail, who is a homeless, unemployed street lawyer.

2. Defendants Calcasieu Library System: Page La Beau, Lake Charles Police Department, Louisianna State Police, Calcasieu Parish Sheriff Department, City of Lake Charles Mayor Randy Roach, City Council Members: W.H. Buddy Presean, Mike Huber, Samuel S. Tolbert Jr., A.B. Franklin, Rodney Geyen, David Perry, Rob McCorbuodale are Lake Charles City Employee's, Louisianna State Employee's, Calcasieu Parish Employee's, work and live in the Lake Charles, Louisianna area.

3. Plaintiff alleges that defendants violated his civil and human rights, by violating the Peoples Bill of Rights Article # one Congress shall make no law respecting an establishingment of religion, or prohibiting the free exercise thereof, or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

4. Plaintiff alleges that the defendants violated the Peoples Bill of Rights Article # seven In suits at common law, where the value of controversy shall exceed twenty dollars, the right of trial by jury shall

①

Clayton Aston
Plaintiff
-vs-
Calcasieu Library System, Pete Lee Beard
Lake Charles Police Department
Louisianna State Police
Calcasieu Parish Sheriff Department
City of Lake Charles Mayor Randy Roach,
City Council Members W.H. Buddy Prejean
Mike Huber, Samuel S. Tolbert Jr.
A.B. Franklin, Rodney Geyen, David Perry, Rob McCorquodale
Defendants

CV01-2121 LC
09-27-01
OCT 15 2001
ROBERT H. ___, CLERK
BY _____ Deputy
Original Petition
JUDGE TRIMBLE
MAGISTRATE JUDGE WILS

be preserved, and no fact tried by a jury shall be otherwise re-examined in any court of the United ? States, than according to the rules of the common law,

5. Plaintiff alleges that defendants violated the People's Bill of Rights Article # Four The rights of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but "now" upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized,

6. Plaintiff alleges that defendants violated the people Bill of Rights Article # Thirthteen neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United ? States, or any place subject to their jurisdiction,

7. Plaintiff alleges that defendants entered into an agreement to violate Plaintiff's rights by creating a makeshift jail, and violating the People's Bill of Rights Article # Nineteen The right of citizens of the United ? States to vote shall not be denied or abridged by the United ? States to vote shall not be denied or abridged by the United ? States, as provided in the constitution, within seven years

Charles Gaston / Joan Gaston
PLAINTIFF

-VS-

Calcasieu Library System: Page La Beau
Lake Charles Police Department
Calcasieu Parish Sheriff Department
Louisianna State Police
"Calcasieu P" city of Lake Charles Mayor Randy Roach
City Council members W. H. Buddy Prejean, Mike Hubens,
Samuel S. Tolbert Jr., A. B. Franklin, Rodney Geyen ORIGINAL PETITION
David Penry, Rob McConduodale
DEFENDANTS

CV01-2121 LC

OCT 15 2001
ROBERT ... WELL, CLERK
BY ... PUTY

JUDGE TRIMBLE
MAGISTRATE JUDGE WILSON

From the date of the submission hereof to the States by the Peoples Congress,

N

8. Plaintiff is asking for a jury trial, and after the judgement 1999 billion dollars, and permission to proceed as a class, and whatever the court deem fit, count cost, attorney fee, material on supplies cost, transportation.

Charles Gaston   330 Ryan St.   Lake Charles, La. 70601   (337) 494-6277

Charles Caston, Von Caston
(AKA)

**Muhammad Farrakhan**
Plaintaint

-VS-

Calcasieu library system: Page La Beau
Lake Charles Police Department, Louisianna State Police, Calcasieu Parish Sheriff Department
City of Lake Charles Mayor Randy Roach, City Council Members, W. H. Buddy Prejean,
Mike Huber, Samuel S. Tolbert Jr., A. B. Franklin, Rodney Geyen, David Penny, Rob McCarbuod.

Order To Show Cause
Civil x
Criminal x

RECEIVED
IN LAKE CHARLES, LA
OCT - 9 2001
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

Upon the Affadavit(s) of ___Charles Caston___ sworn to on the

Date __10-29__, 20_01_ And Upon the copy of the complaint hereto attached it is ordered, that the above named Defendant(s0 show before this court, at Room,_____United States

Courthouse,_____, On returned date_____, 20___, At_____, O' Clock in the

Noon Thereof, or as soon thereafter as counsel may be heard, why an order should not be Issued

pursuant to rule (2217_____) of The Federal Rules Of Civil Procedure

I Ask That Defendants Home, Office and Can be searched and all assets be Freezed and Frozen, because of The use For criminal activity, according To The Rico civil law,

And it is futher ordered that a copy of this order, together with the papers upon which it is granted

to be personally served upon the Defendant(s) or his (their) Attorney on or before ,Date of

Delivery,_____, Date of order to show cause, _____,

20____, by ,_____, And That such service be deemed good and sufficient. Date_____,
City and State_____,_____ Date,_____,,,
Judge(s) Signature Stateor Federal,_____

Charles Caston, Uon Caston
(AKA)

**CV01-2121 SECC**

**Muhammad Farrakhan**
  Plaintaint

-vs-

Calcasieu Library System: Page La Beau
Lake Charles Police Department
Louisianna State Police
Calcasieu Parish Sheriff Department
City of Lake Charles, Mayor Randy Roach, City Council Members, W. H. Buddy PreJean, Mike Huber
Samuel S. Tolbert Jr., A.B. Franklin, Rodney Geyen, David Perry, Rob Mccordvodale

Order To Show Cause
Civil  x
Criminal  x

WESTERN DISTRICT OF LOUISIANA
FILED
OCT 15 2001
ROBERT ___ L, CLERK
BY ____
          DEPUTY

**JUDGE TRIMBLE**

Memorandum Of Law In Support Of Order To Show Cause For Preliminary Injunction And Temporary Restraining Order:

State Of Order): Social Security Number  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  ,    **MAGISTRATE JUDGE WILSON**

Plaintiff's Name  Charles Caston  , Being Duly sworn, deposed and says (or) makes

The Following Affirmation under the penalty of perjury):

I,  Charles Caston  , am plaintiff in the above entitled action, and respectfully move

this court to Issue an order enjoining defendant, Defendants Name,  Listed above

From Doing This / To Doing This,  Transferring any Files, To surrendering all Files

Until a final disposition on the merits of the above - entitled action.

I am, proceeding by order to show cause rather than by notice of Motion, because,  I am, afraid that vital files may be destroyed or hidden, and that I may be Forced out of Town or arrested and killed, If we do not act quickly, because these things and others are happening daily!

I have made the following attempts to contact my Opponent (s) or Defendant (s) by and inform them that I am, seeking a Temporary Restraining Order,  seeking employment and letting them know my names

Unless The preliminary Injunction and Temporary Restraining Order are Issued I will suffer immediate and irreparable injury as shown by the following Facts:  I have been Forced out of

Charles Caston, Don Caston
(AKA)

**Muhammad Farrakhan**
     Plaintiff                    **Affidavit**
Calcasieu Library System; Page La Beau   -VS-   Criminal
Lake Charles Police Department                  Civil
Louisianna State Police, Calcasieu Parish Sheriff Department
City of Lake Mayor Randy Roach, City Council Members, W.H. Buddy Prudean, Mike Huber
Samuel S. Tolbert Jr., A.B. Franklin, Rodney Geyen, David Perry, Rob Mccorbuodale

home and stalked across This United ? States of America. Minister Louis Farrakhan has my Power of Attorney. I am, homeless and I write alot of legal cases and many have been stolen. I believe many cases were opened in my alias name without my consent

Wherefore, I respectfully request that the court Issue The Temporary Restraining Order and Preliminary Injunction described above, as well, as such other and further relief as may be just and proper.

I Declare under penalty of Perjury that The Foregoing is true and correct.

Executed on Date 9-29-01,

By Your Name Charles Caston,

Your Signature Charles Caston,

Charles Caston,
330 Ryan St.
10-8-01 Lake Charles, Louisianna
(337) 494-6277  70601

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
OCT 15 2001
ROBERT H. _____, CLERK
_____ DEPUTY

CV01-2121 LC
JUDGE TRIMBLE
MAGISTRATE JUDGE WILSON

Dear Nora Caston,

Just a line to say hello, I just want to say, T: I am, upset with Von, you and Adrian, because you are not with me, No, No, No, I am at _____ in Lake Charles, visiting with our Louisianna Famil I am, sending your letter to the lawyer, because, I  not have the mailing address, hopefully he will fax y a copy or give you a call, I should tell him hell and I should tell him that your name is Lenora Lawrence and not Caston, I should appoligize to Von. She is so sensative these days, I am, thinking that she is pregnant, and she know that is risky for he with all of these babies and young ladies, she shou not do that, I must say if I could tell the world you refused to marry me, I tried to break up yo home, I do not know if you were happy, but I, I, wanted you so bad, I, was, was, willing to get down on my knee's and beg, I have known you over ten years, and no matter where I am, in th world, If I can not call Moma, Von and Fuss at Th I can fuss at you, how are the babies? Are y helping to watch Von when she is home, or ar you traveling with her? Every thing is closed Tod I am, at the food stamp place I have a couple of cases that need to work on, Please call or write. Mr. Haynes this young lady is a important part of my li could you call her for me or have Moma call Nora
(713) 633-1923